UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-108-T-24-AAS
    18 U.S.C. § 922(g)(1)

ANTHONY JOHN STEVE

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 21, 2016, in the Middle District of Florida, the defendant,

ANTHONY JOHN STEVE,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Dealing in Stolen Property**, on or about August 23, 2016; and

2. **Possession of Cocaine**, on or about July 1, 2014;

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Jimenez Arms nine millimeter revolver, three rounds of nine millimeter Winchester ammunition, two rounds of nine millimeter Federal ammunition, and two rounds of nine millimeter Tulammo ammunition,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1. The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 922(g) charged in Count One, defendant, ANTHONY JOHN STEVE, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to:

   a. a Jimenez Arms nine millimeter revolver;

   b. three rounds of nine millimeter Winchester ammunition;

   c. two rounds of nine millimeter Federal ammunition; and

   d. two rounds of nine millimeter Tulammo ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Mike Gordon
Assistant United States Attorney

By: _____
Christopher Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY JOHN STEVE

## INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 9th day of March 2017.

_____
Clerk

Bail $_____